In the Matter of the Claim of KATHERINE CULVER, Respondent, against SEVILLA HOME FOR CHILDREN et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of FRITZ WILHELM HAUG, Respondent, against JOHN PFORTSCH, JR., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.